lant, v. FREDERIC DE P. FOSTER and EDWARD F. DE BEIXEDON, as Executors and Trustees, etc., Respondents.— Motion to dismiss appeal denied. Motion to dispense with printing record and to use record in the Goldsmith appeal granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

HERMAN HARNICK, Respondent, v. WOODROCK AMUSEMENT CORPORATION, Appellant, and RITZ CHOCOLATE Co., INC., Defendant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

ANNA M. HICKS, Appellant, v. CHARLES DE LA VERGNE, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. The time within which to make this motion, as prescribed by section 591 of the Civil Practice Act, has expired. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

HYGIT GARAGE, INC., Appellant, v. SAMUEL L. BRUCK and ASHER GREENBERG, Respondents.— Motion to dismiss appeal granted, with costs and ten dollars costs of motion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of MARY F. BONNELL for Payment of an Award, etc., in the Proceeding to Acquire Title to the Block Bounded by Coney Island Avenue, Avenue Z, East 7th Street and Manor Court, Borough of Brooklyn, City of New York, etc.— Motion for payment of award granted. Submit order with consent of corporation counsel. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Petition of EUGENIA Cox to Prove the Last Will and Testament of MARGARET Cox, Deceased. EUGENIA Cox, Respondent; THOMAS Cox and MARGARET MURPHY, Appellants.— Motion to dismiss appeal denied upon condition that within three days from the entry of the order herein appellants file an undertaking, with corporate surety, pursuant to section 298 of the Surrogate's Court Act; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

In the Matter of THE CITY OF NEW YORK, Relative to Acquiring Title, etc., for the Opening and Extending of Avenue P, from Bay Parkway to West 9th Street; 75th Street from Avenue P to Bay Parkway, and the Public Parks Bounded by Bay Parkway, Stillwell Avenue and Avenue P, etc.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term, at which term leave is granted to appellant to prosecute the appeal. Present — Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ.

In the Matter of the Application of the QUEENS COUNTY BAR ASSOCIATION to Discipline an Attorney (MEYER FELDMAN).— Motion denied and proceeding dismissed. We are of opinion that, while some of the acts of the respondent were improper, they were the result of the indiscretion of inexperience rather than of an intent to do wrong. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Petition of FREDERICK A. HENKEN to Prove the Last Will and Testament of ALEXANDER HENKEN, etc., Deceased. ADELAIDE LOUISE HENKEN, Appellant; FREDERICK A. HENKEN, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of MORGAN D. KALBACH for Payment of an Award for Damage Parcel No. 1 on Damage Map under the Decree in Proceedings